MEMO ENDORSED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK
# WHITE PLAINS DIVISION

Granted.
So Ordered.

/s/ KMK 1/17/20

| | |
|---|---|
| WINDSTREAM HOLDINGS, INC., et al., | |
| Appellee-Plaintiffs, | Case. No. 7:20-cv-00121 (KMK) |
| vs. | Appeal from: |
| | Adv. Proc. No. 19-08246 (RDD) |
| CHARTER COMMUNICATIONS, INC. and | Bankr. No. 19-22312 (RDD) |
| CHARTER COMMUNICATIONS OPERATING, LLC, | |
| | Related Case Nos. |
| | 19-cv-09354 (KMK) |
| Appellant-Defendants. | 20-cv-00132 (UA) |

## APPELLANTS' MOTION TO ACCEPT DOCUMENTS SEALED BY THE BANKRUPTCY COURT AS PART OF THE RECORD ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8009(f), Appellants respectfully request that the District Court accept as part of the Record on Appeal, the following documents (including, without limitation, all statements, appendices, exhibits, attachments, declarations, and/or related affidavits) filed under seal with the Bankruptcy Court pursuant to the parties' Confidentiality Agreement and Stipulated Protective Order (Adv. Proc. 19-08246, Dkt. No. 74):

| Item No. | Date | Docket No. | Document Title |
|---|---|---|---|
| 1 | 11/15/2019 | 118 | Defendants' Motion to Seal Certain Documents in Support of Defendants' Motion to Exclude the Testimony of John C. Jarosz [Dkt. No. 115] |
| 2 | 11/15/2019 | 128 | Debtors' Motion to Seal Certain Portions of (A) Debtors' Memorandum of Law in Support of Their Motion for Summary Judgment (B) Statement of Undisputed Material Facts and (C) Certain Exhibits attached to the Declarations of Jeffrey H. Auman, Paul Strickland, Jr., and Grace A. Thompson |

| 3 | 12/06/2019 | 142 | Defendants' Motion to Seal Documents in Connection with Memorandum in Opposition to Debtors' Partial Summary Judgment |
|---|---|---|---|
| 4 | 12/06/2019 | 159 | Debtors' Motion to Seal Portions of A) Debtors' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment (B) Debtors' Response to Defendants' Statement of Facts (C) Certain Exhibits attached to the Declaration of Grace A. Thompson and (D) Declaration of Jeffrey H. Auman in Support of the Debtors' Opposition to Defendants' Summary Judgment |
| 5 | 12/13/2019 | 173 | Debtors' Motion to Seal Certain Portions of (A) Debtors' Reply Memorandum in Support of Their Motion for Summary Judgment (B) Debtors' Reply Statement of Facts and (C) Debtors' Response to Defendants' Statement of Additional Facts |
| 6 | 01/02/2020 | 205 | Defendants' Motion to Seal Objections to Report and Recommendation |

Dated: January 16, 2020

Respectfully submitted,

THOMPSON COBURN LLP

By */s/ John Kingston*

John Kingston (pro hac vice)
Michael Nepple (pro hac vice)
Brian Hockett (pro hac vice)
THOMPSON COBURN LLP
One U.S. Bank Plaza, Suite 2700
St. Louis, MO 63101
314-552-6000
314-552-7000 (fax)
jkingston@thompsoncoburn.com
mnepple@thompsoncoburn.com
bhockett@thompsoncoburn.com

*Attorneys for Charter Communications, Inc. and Charter Communications Operating, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2020, I served a true and correct copy of the foregoing ***Defendants' Motion to Accept Documents Sealed by the Bankruptcy Court as Part of the Record on Appeal*** via operation of the Court's Electronic Filing System upon all counsel of record in the adversary proceeding.

*/s/ John Kingston*